dum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Gary R. GILTNER, Appellant.**

**No. 69283.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 5, 1996.

William C. McIlroy, McIlroy and Millan, Bowling Green, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and DOWD and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Defendant, Gary R. Giltner, appeals from the judgment entered on his conviction by a jury for the class B felony of acting in concert with another to manufacture a controlled substance in violation of § 195.211, RSMo 1994. Defendant was sentenced to 10 years imprisonment as a prior and persistent offender. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memoran-